UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>               Petitioner,<br>   v.<br>RENEE BAKER, et al.,<br><br>               Respondents. | Case No. 2:16-cv-02133-JCM-PAL<br><br>ORDER |

    Petitioner Richard Nicholson has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    It is unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. Therefore, Nicholson shall have thirty (30) days from the date of this order to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. Failure to do so may result in the dismissal of this action without prejudice.

1

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

DATED:  October 26, 2016.

                                                JAMES C. MAHAN
                                                UNITED STATES DISTRICT JUDGE