UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>                         Petitioner,<br>     v.<br>RENEE BAKER, et al.,<br><br>                        Respondents. | Case No. 2:16-cv-02133-JCM-PAL<br><br>ORDER |

This is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, submitted by petitioner Richard Nicholson (ECF No. 1-1). The court ordered Nicholson to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. The order was served on Nicholson via U.S. mail at his address of record (*see* ECF No. 2). More than the allotted time has passed, and petitioner has failed to respond to this court's order in any way. Accordingly, this action shall be dismissed as improperly commenced.

**IT IS THEREFORE ORDERED** that this habeas action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: June 1, 2017.

                                                                JAMES C. MAHAN
                                                                UNITED STATES DISTRICT JUDGE